IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 11-02076 SEK |
|---|---|
| **CARMEN ISAYMA MORALES AVILES** | CH 7 |
| Debtor | |

**MOTION REQUESTING CONTINUANCE OF 341 MEETING**

TO THE HONORABLE COURT:

Comes now debtor thru her undersigned attorney and very respectfully avers and prays:

1. There is a Creditor's meeting scheduled for May 25th, 2011 in the instant case.

2. Debtor requests a continuance of said meeting because she is still in the process of obtaining information required in the initial creditor's meeting held on April 12th, 2011. A number of the documents requested have already been provided to Trustee Noreen Wiscovitch-Rentas.

3. The information will be used in turn to amend several schedules, as discussed with Trustee Noreen Wiscovitch-Rentas during the initial meeting.

**WHEREFORE**, Debtor prays for this Honorable Court to authorize a continuance of the meeting scheduled for May 25th, 2011, for another date to be set by Trustee Wiscovitch-Rentas.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of May, 2011.

/s/ DAVID CARRION BARALT
USDC-PR #207214
PO Box 364463
San Juan, PR 00936-4463
TEL: 787-758-5050
FAX: 787-296-3434
E-mail: davidcarrionb@aol.com

**CERTIFICATE OF SERVICE**

I David Carrión Baralt, attorney for debtor in this matter hereby certify that on the 23rd day of May, 2011, the preceding document was served on Clerk of the US Bankruptcy Court, for the District of Puerto Rico electronically, using the CM/ECF system, which automatically serves copy upon all parties in interest and to the US Trustee.

/s/ David Carrión Baralt, Esq.
DAVID CARRION BARALT